IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAIʻI

| | |
|---|---|
| H. EUGENE SMITH, SHIRLEY F. SMITH, INDIVIDUALLY, and as TRUSTEES FOR THE SMITH FAMILY TRUST, and HOLDEN SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 24-00071 WRP<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Magistrate Judge Wes R. Porter |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: Honolulu, Hawaiʻi, March 18, 2024.

/s/ Rachel A. Zelman
RACHEL A. ZELMAN

Attorney for Plaintiffs
H. EUGENE SMITH, SHIRLEY F. SMITH, individually, and as TRUSTEES FOR THE SMITH FAMILY TRUST, HOLDEN SMITH